

# Fourth Court of Appeals
## San Antonio, Texas

December 19, 2014

No. 04-14-00844-CV

**IN THE INTEREST OF N.R.V., A.M.A.F. AND I.I.F., CHILDREN,**

From the 38th Judicial District Court, Real County, Texas
Trial Court No. 2013-3094-DC
The Honorable Cathy O. Morris, Judge Presiding

## O R D E R

Robin Brame's notification of late reporter's record is hereby GRANTED. Time is extended to December 22, 2014.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court